# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **JAMES ALFRED SMITH, JR.,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-641-bbc |
| **MICHAEL THURMER, Warden,** **Waupun Correctional Institution,** | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition is DISMISSED WITHOUT PREJUDICE pursuant to Pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

JOEL W. TURNER
_____
Joel W. Turner, Acting Clerk

Connie A. Korth                                                                                      11/20/08
_____                                                          _____
by Deputy Clerk                                                                                         Date